UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | GRAND JURY ORIGINAL |
| **ALEX LNU,** | : | VIOLATIONS:  18 U.S.C. §1546(a) |
| **also known as King Kong,** | : | (Possession of Fraudulent Documents |
| **Defendant.** | : | Prescribed for Authorized Stay or Employment |
| | : | in the United States); |
| | : | 18 U.S.C. §§1028A(a)(1) and (c)(7) |
| | : | (Aggravated Identity Theft) |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

_____On or about July 27, 2005, within the District of Columbia, defendant **ALEX LNU, also known as King Kong,** did knowingly possess, obtain, accept and receive documents prescribed by statute and regulation for entry into and as evidence of authorized stay and employment in the United States, that is, false social security cards, a false resident alien card, a false permanent resident card, and a false employment authorization card, knowing them to be forged, counterfeited, altered, and falsely made.

**(Possession of Fraudulent Documents Prescribed for Authorized Stay or Employment in the United States**, in violation of Title 18, United States Code, Section 1546(a))

## COUNT TWO

1. The allegations contained in Count One of this Indictment are hereby realleged and incorporated as if set forth herein.

2. On or about July 28, 2005, within the District of Columbia, defendant **ALEX LNU, also known as King Kong,** did knowingly transfer, possess and use, without lawful authority, a means of identification of another person, that is, false social security cards with a social security number that is fully known by the Grand Jury and identified herein by the last four digits, "6143," during and in relation to a felony violation relating to documents prescribed by statute and regulation for entry into and as evidence of authorized stay and employment in the United States, as specified in Count One of this Indictment.

**(Aggravated Identity Theft**, in violation of Title 18, United States Code, Sections 1028A(a)(1) and (c)(7))

A TRUE BILL

FOREPERSON

Attorney of the United States in
and for the District of Columbia