UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-459 (RBW)** |
| | : | |
| **v.** | : | |
| | : | **Under Seal** |
| **ALEX LNU** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Steve Wasserman at telephone number (202) 307-0031 and/or email address steve.wasserman@usdoj.gov.  Mr. Wasserman will substitute for AUSA Robert James Feitel as counsel for the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN.
United States Attorney

_____
Steve Wasserman
ASSISTANT UNITED STATES ATTORNEY
Bar No. 453-251
555 4th Street, N.W., Room 4241
Washington, DC 20530
(202) 307-0031