# WARRANT FOR ARREST

1105543   CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 05-459 | MAGIS. NO: |
| V.<br><br>ALEX LNU, a/k/a King Kong | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>Alex LNU<br><br>**FILED**<br>JAN 2 4 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT | |
| DOB:     PDID: | | |
| WARRANT ISSUED ON THE BASIS OF:   INDICTMENT | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

POSSESSION OF FRAUDULENT DOCUMENTS PRESCRIBED FOR AUTHORIZED STAY OR EMPLOYMENT IN THE UNITED STATES;

AGGRAVATED IDENTITY THEFT

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:
18:1546(a); and 18:1028A(a)(1)

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:<br>MAGISTRATE JUDGE FACCIOLA | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JUDGE FACCIOLA | DATE ISSUED:<br>12/22/05 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>12/22/05 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED  12-22-05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED  1-24-06 | SEAN McLeod | Sean McLeod |
| HIDTA CASE:  Yes ___ No  X | | OCDETF CASE:  Yes ___  No  X |