UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | Criminal No.  05-459 (RBW) |
| v. | : | |
| | : | |
| ALEX LNU, | : | |
| | : | |
| a.k.a., Ricardo Romero-Martinez, | : | |
| King Kong, | : | |
| | : | |
| Defendant. | : | |

### NOTICE OF FILING

The government requests that the attached discovery letter, dated January 31, 2006, be made part of the record in this case.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
BAR NO.  451058

_____

STEVEN B. WASSERMAN
ASSISTANT UNITED STATES ATTORNEY
D.C. BAR NO. 453-251
FEDERAL MAJOR CRIMES SECTION
(202) 307-0031

### Certificate of Service

I hereby certify that I caused a copy of the Notice of Filing  to be served upon counsel for the defendant, Rita Bosworth, Esq., this 31st day of January 2006.

_____
STEVEN B. WASSERMAN
Assistant United States Attorney