

**U.S. Department of Justice**

United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20001*

January 31, 2006

Rita Bosworth
Assistant Federal Public Defender
625 Indiana Avenue, NW, Suite 550
Washington, DC 20004

      Re: <u>United States v. Ricardo Romero-Martinez</u>
        Case No. 05-459

Dear Counsel:

  I am writing to provide you with certain information in response to your request for discovery pursuant to Rule 16 of the Federal Rules of Criminal Procedure as well as a plea offer.

**I. Charges**

  Your client is currently charged with the following offenses: Possession of Fraudulent Documents Prescribed for Authorized Stay or Employment in the United States, in violation of 18 U.S.C. § 1546 and Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A(a)(1) and (c)(7). If your client is interested in discussing a plea offer, please contact the undersigned AUSA at the phone number listed below.

**II. Discovery**

  **A. Documents**

  Copies of the following documents are enclosed with this letter:

- PD-163
- Warrant for Arrest
- Immigration Detainer
- Report of Investigation (report #100)
- Photocopies of fraudulent identification cards (2 pages)
- Custody Receipt for Seized Property and Evidence
- Advice of Rights Form (Spanish)
- Record of Sworn Statement

- Photo of defendant and print card (2 pages)
- Record of Deportable/Inadmissible Alien
- Photocopies of ID cards and photographs seized from defendant (4 pages)
- Consent to Search Form (Spanish)
- Statement of Rights (English)
- Photocopies of surveillance photographs (3 pages)
- Surveillance video (2 CDs)
- Audio recording of transaction for fraudulent documents (1 CD)
- Indictment
- PSA Report

**B.     Evidence**

    **1.     Physical Evidence**

At trial the government may seek to introduce the physical evidence that is described on the attached police reports and those items listed below. This evidence includes:

- Photographs of the scene, evidence and your client
- Videotapes and audio tapes of the transactions
- Diagrams or maps of the location where the incident occurred

    **2.     Radio Run Information**

    __X__   The government believes there are no recorded communications relevant to this case.
    _____   The government believes that there may be recorded communications relevant to this case. The recording will be provided consistent with the government's obligations under the <u>Jencks</u> Act. Should we determine that we may use the recorded communications as evidence at trial, we will provide you a copy of the tape after we receive it.

    **3.     Identification Evidence**

The defendant was positively identified by the UC on July 28, 2005, through the use of a surveillance photograph.

    **4.     Inspection**

Upon request, you are entitled to inspect and copy or photograph certain books, papers, documents, photographs, tangible objects, buildings or places that are within the possession, custody or control of the government. *See* Fed R. Crim. P. 16(a)(1)(E). If you would like to view any of the evidence listed above or described on the attached police reports, please contact me immediately and we can make arrangements for you, or your certified investigator, to inspect the evidence. These

arrangements will include a condition that you not raise any objection to the admissibility of such evidence at trial because of the break in the chain-of-custody occasioned by your inspection.

### 5. Reports of Examinations or Tests and Experts

The government has not yet received the laboratory analysis of the documents seized in this case. I will forward you this information when it is received.

The government intends to call an expert in fraudulent immigration and identity documents at trial. You will be notified in accordance with Rule 16 when the government determines which expert will testify.

In addition, please be advised that the government may call a fingerprint expert to testify at trial. The expert may testify about the following subjects: the taking of fingerprints; how fingerprints are left; how fingerprints are lifted; the factors that affect the taking of fingerprints; the difficulties in recovering prints from surfaces such as plastic or guns; the comparison of prints; and the identification of prints if there are sufficient "points" to render a print usable. You will be advised in accordance with Rule 16 in the event that the government intends on calling such an expert.

### C. RULE 404(b) EVIDENCE (known at this time)

This letter is to notify you that the government intends on seeking admission of evidence pursuant to FRE 404(b), arising from your client's previous conviction in the Central District of California for Possession of False Identification Documents.

### D. Defendant's Rule 16 Statements

The government is aware that after your client was placed under arrest, advised of his rights, and executed a signed waiver, the defendant signed a written statement admitting his involvement in the charged offenses. Please see the attached police reports for the substance of your client's statements to police. If the government becomes aware of any additional statements made by your client you will be notified in writing.

### E. Criminal Record

Please refer to the Pretrial Services Report that you received at arraignment for further information about your client's record. I will notify you in writing if the government learns of any additional convictions.

### F. Government's Discovery Requests

The government hereby makes a reverse discovery request pursuant to Fed. R. Crim. P. 16(b),

including, but not limited to the following:

- notice of documents and tangible objects the defendant expects to introduce;

- a <u>Jencks</u> request for all prior statements of any defense witness (excluding the defendant);

- a <u>Lewis</u> request (for which we request the name, date of birth, sex, and social security number of each defense witness prior to trial); and

- a request for information pertaining to any expert or scientific testimony or evidence;

Pursuant to Fed. R. Crim. P. 16, we note our continuing request to receive any material pursuant to Rule 16(b) as the case proceeds.

### G.     Alibi Demand

The government makes an alibi demand pursuant to Fed R. Crim. P. 12.1. In accord with Rule 12.1, the government hereby notifies you that the time, date and place of the offense are indicated on the accompanying police paperwork. Pursuant to Rule 12.1, in the event you intend to offer an alibi defense, please direct the appropriate notice to the assigned AUSA within ten days.

### H.     Other Information (<u>Brady</u> / <u>Lewis</u> / <u>Giglio</u>)

The government is unaware of any <u>Brady</u> or <u>Giglio</u> information, but is aware of its continuing duty to disclose such information should it become known. Lewis information for the government's witnesses will be provided to you at the time of trial.

**III. Contact Information**

      If you have any questions about the information provided above, you may contact me by telephone, fax, or mail. In particular, please note the correct zip code for the U.S. Attorney's Office.

    Steven B. Wasserman
    Office of the United States Attorney
    Federal Major Crimes Section
    Room 4241
    555 Fourth Street, N.W.
    Washington, D.C.  20530

    Office:    202-307-0031
    Fax:      202-353-9414

                                Sincerely,

                                KENNETH L. WAINSTEIN
                                United States Attorney

                      By:    _____
                                STEVEN B. WASSERMAN
                                Assistant United States Attorney

cc: District Court Case File (without attachments)