IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**            ) | |
| )
| **Plaintiff,**        ) | |
| ) | |
| v.                     ) | CR N0. 05-459 (RBW) |
| ) | |
| **ALEX LNU,**                           ) | |
| ) | |
| **Defendant.**        ) | |
| ) | |

## NOTICE OF CHANGE

The Office of the Federal Public Defender respectfully advises the Court that Assistant Federal Public Defender Tony Axam, Jr., assumed responsibility for the defense of Mr. Alex Lnu in the above-captioned case.

Mr. Alex Lnu's case had previously been assigned to Assistant Federal Public Defender Erica Hashimoto. and has been reassigned to Ms. Rita Bosworth.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
Tony Axam, Jr.
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004
(202) 208-7500

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing instrument was served upon assistant United States Attorney Steven B. Wasserman by electronic means this 1st day of February, 2006.

By: /s/ _____
Tony Axam, Jr.