UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Criminal No. 05-459 (RBW)** |
| v. : | |
| : | |
| **ALEX LNU,** : | |
| : | |
| a.k.a., Ricardo Romero-Martinez, : | |
| King Kong, | |
| : | |
| Defendant. : | |

## ORDER

WHEREUPON, having considered the Government's Motion To Admit Other Crimes Evidence Pursuant to Federal Rule of Evidence 404(B), and any opposition thereto, it is hereby

**ORDERED**, that the Government's motion is GRANTED.

_____    _____
DATE                            REGGIE B. WALTON
                                U.S. DISTRICT COURT JUDGE