UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Criminal No. 05-459 (RBW)** |
| v. : | |
| : | |
| **ALEX LNU,** : | |
| : | |
| a.k.a., Ricardo Romero-Martinez, : | |
| King Kong, : | |
| : | |
| **Defendant.** : | |

## ORDER

Based upon the government's motion to admit the defendant's prior convictions for impeachment purposes, and any oppositions thereto, it is this

_____ day of _____, 2006, hereby

**ORDERED** that, should the defendant chose to testify, the government may impeach him with his convictions set out in the government's motion.

_____
REGGIE B. WALTON
United States District Judge