## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO.:  05-459 (RBW) |
| | : |
| v. | : |
| | : VIOLATION: |
| **RICARDO ROMERO-MARTINEZ,** | : |
| a.k.a. Alex LNU, King Kong | : |
| | : 18 U.S.C. § 1028A(a) |
| Defendant. | : (Aggravated Identity Theft) |

### FACTUAL PROFFER
### IN SUPPORT OF GUILTY PLEA

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this statement of facts which the United States would have presented if this matter had gone to trial. The facts presented below show, beyond a reasonable doubt, that defendant Ricardo Romero-Martinez, a.k.a. Alex LNU, a.k.a. King Kong (hereinafter, "Romero-Martinez" or "defendant") committed the offense of Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A(a)(1).

### Aggravated Identity Theft

The defendant is a Mexican national who entered the United States illegally through California in 2005. The defendant subsequently came to Washington, D.C., where he began selling false alien registration cards, employment authorization cards and social security cards (collectively, "identity documents") in the 1700 block of Columbia Road, N.W. ("Columbia Road"). Real identity documents are prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States.

The defendant was one member of an organized group of individuals who conspired together

to manufacture, possess and sell illegal identity documents. The defendant conspired with other members of the organization to sell illegal identity documents. The defendant was one of the men responsible for selling the illegal identity documents on Columbia Road.

On July 28, 2005, the defendant sold one fake alien registration card and one fake social security card to an undercover law enforcement officer (UC). This transaction was recorded on audio and videotape. On January 22, 2006, federal agents went to 1707 North Capitol Road, NE, Washington, DC and arrested a number of individuals who were suspected of selling illegal identity documents. The defendant was one of the individuals who was arrested. After his arrest, the defendant admitted to law enforcement that he was involved in selling false identity documents.

The Social Security Administration has determined that the social security number on the fake social security card the defendant sold to the UC belongs to a real person other than "Kolawole Ajao Bankole," which was the false name the UC provided to the defendant. Accordingly, the defendant knowingly possessed and transferred the fake social security card sold to the UC, and therefore transferred and possessed the means of identification of a real person, without the lawful authority to transfer and possess that information. His transfer and possession of that fraudulent social security card occurred during and in relation to another fraud offense, that is, Possession of Fraudulent Documents Prescribed for Authorized Stay or Employment in the United States, in violation of Title 18, United States Code, Section 1546(a).

This factual proffer is a summary of the defendant's actions, and is not intended to be a complete statement of all facts and events related to this offense. The limited purpose of the factual proffer is to demonstrate that a factual basis exists to support the defendant's guilty plea to the aforementioned offense, which is charged in the indictment.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____

STEVEN B. WASSERMAN
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, N.W.   Room #4241
Washington, DC 20530
(202) 307-0031; Fax: 353-9414
Bar # 453-251

**Defendant's Acceptance of Factual Proffer**

      I have read this Factual Proffer in Support of Guilty Plea and carefully reviewed every part of it with my attorney. I am fully satisfied with the legal services provided by my attorney in connection with this Factual Proffer and all matters relating to it. I fully understand this Factual Proffer and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Factual Proffer fully. No agreements, promises, understandings, or representations have been made with, to, or for me other than those set forth above.

_____         _____
Date        RICARDO ROMERO-MARTINEZ
       Defendant

**Defense Counsel's Acknowledgment**

      I am Ricardo Romero-Martinez's attorney. I have reviewed every part of this Factual Proffer in Support of Guilty Plea with him. It accurately and completely sets forth the Factual Proffer agreed to by the defendant and the Office of the United States Attorney for the District of Columbia.

_____         _____
Date        TONY AXAM, Esq.
       Counsel for Ricardo Romero-Martinez