UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

APR 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 05-459 (RBW) |
| v. : | |
| : | |
| RICARDO ROMERO-MARTINEZ, : | |
| : | |
| a.k.a., Alex LNU, : | |
| King Kong, : | |
| : | |
| Defendant. : | |

### GOVERNMENT'S SUBMISSION TO THE COURT IN PREPARATION FOR THE UPCOMING PLEA HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the following in preparation for a plea hearing in the instant case.

I.   ELEMENTS OF THE OFFENSES:

   A.   The essential elements of the offense of Aggravated Identity Theft, in violation of

       18 U.S.C. §1028A(a) are:

       1.   That the defendant committed the offense of Possession of Fraudulent

Documents Prescribed for Authorized Stay or Employment in the United States, as alleged in

Count One of the Indictment;

       2.   That the defendant knowingly possessed, transferred or used the means of

identification of another person. The term "means of identification" means any name or number

that may be used, alone or in conjunction with any other information, to identify a specific

individual, including any name, social security number or alien registration number.

1

"Knowingly" in this circumstance means that the defendant voluntarily and intentionally possessed forged, counterfeit or falsely made resident alien cards or social security cards. However, the government does not have to prove that the defendant knew that a particular resident alien number or social security number actually belonged to a particular individual;

      3.      That the defendant did not have lawful authority to possess, transfer or use the means of identification of another person; and

      4.      That the defendant possessed the means of identification of another person during and in relation to the offense alleged in Count One of the Indictment.

II.    COPY OF THE PLEA AGREEMENT AND FACTUAL PROFFER:

A copy of the plea agreement and factual proffer, not yet executed by the defendant, are attached.

III.    PENALTIES:

    A.    Pursuant to 18 U.S.C. § 1028A(a)(1), the offense of Aggravated Identity Theft carries a penalty of a term of imprisonment of 2 years, a fine of not more than $250,000, and a term of supervised release of not more than 1 year.

Respectfully submitted,
KENNETH L. WAINSTEIN
United States Attorney

STEVEN B. WASSERMAN
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, N.W. Room #4241
Washington, DC 20530
(202) 307-0031; Fax: 514-8707

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing to be served upon the attorney for the defendant, Tony Axam, Esq., this 30th day of March, 2006.

Steven Wasserman
Assistant United States Attorney